UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRYL ROCK, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 1:12-cv-1837 |
| | ) (FJS)(RFT) |
| v. | ) |
| | ) |
| CAVALRY PORTFOLIO SERVICES, LLC, HSBC CARD SERVICES, INC., MIDLAND FUNDING, LLC, MIDLAND FUNDING OF DELAWARE, and MIDLAND FUNDING NCC-2 CORPORATION, | ) **STIPULATION OF** ) **DISCONTINUANCE WITH** ) **PREJUDICE** ) |
| | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the action pending against defendants, MIDLAND FUNDING, LLC, MIDLAND FUNDING OF DELAWARE, and MIDLAND FUNDING NCC-2 CORPORATION, is hereby discontinued on the merits and with prejudice without costs to any party as against the other.

This Stipulation may be signed in several counterparts and exchanged via facsimile, each of which shall have the same force and effect of an original but all of which together shall constitute one and the same Stipulation. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated:   New York, New York
         February 14, 2013

1

5391032v.1

2

| | |
|---|---|
| RICHARD DIMAGGIO, ESQ. | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| /s/ Richard DiMaggio | /s/ Thomas A. Leghorn |
| By: Richard DiMaggio, Esq. | Thomas A. Leghorn, Esq. |
| Attorney for Plaintiff | Attorneys for Defendants |
| 6 Berkley Rd. | MIDLAND FUNDING, LLC MIDLAND |
| Glenville, New York 12302 | FUNDING OF DELAWARE, and MIDLAND |
| 518-723-6772 | FUNDING NCC-2 CORPORATION |
| Didyouweekend@gmail.com | 150 E 42nd Street |
| | New York, New York 10017 |
| | Tel. No.: (212) 490-3000 |
| | Fax No.: (212) 490-3038 |
| | Our File No. 10277.00213 |

5391032v.1